UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YO HAN KIM,<br>　　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA, and others,<br>　　　　Defendants. | Case No. 16-cv-07220 NC<br><br>REQUEST FOR REASSIGNMENT<br><br>Re: Dkt. No. 7 |

On January 10, 2017, I ordered plaintiff Yo Han Kim to show cause why this case should not be dismissed for lack of federal subject matter jurisdiction. In response, plaintiff filed a document titled "Writ of Error Qua Corum Nobis Residant re: Minute Order." Dkt. No. 15. That document does nothing to establish subject matter jurisdiction over this case. For the reasons stated in the Order to Show Cause, I recommend that a District Court Judge dismiss this case for lack of subject matter jurisdiction. Any party may object to this recommendation, but must do so within 14 days. Fed. R. Civ. P. 72.

Plaintiff's response, however, indicates that he does not consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636. *See* Dkt. No. 15 at ¶¶ 76-77. The Clerk of Court is therefore requested to reassign this case to a U.S. District Court Judge for further proceedings.

**IT IS SO ORDERED.**

Dated: January 23, 2017

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.16-cv-07220 NC